**HOGAN LOVELLS US LLP**
Vassi Iliadis (SBN 296382)
James Ettinger (SBN 344292)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com

Adam Cooke (admitted *pro hac vice*)
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
adam.a.cooke@hoganlovells.com

*Attorneys for Defendant*
*Optum, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GIL HODGES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OPTUM, INC.,

Defendant.

Case No. 5:25-cv-03325-FLA-AJR

Hon. Fernando L. Aenlle-Roche

**DEFENDANT OPTUM, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY ACTION**

*[Memorandum of Points and Authorities, Declaration of Heather Fisher, Declaration of Vassi Iliadis, and Declaration of Rebecca Thompson filed concurrently herewith]*

Hearing Date: April 17, 2026
Time: 1:30 p.m.
Courtroom 6B

## NOTICE OF MOTION AND MOTION

**TO PLAINTIFF AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 17, 2026 at 1:30 p.m. in Courtroom 6B, 6th Floor of the above-captioned court, located at First Street U.S. Courthouse, 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Optum, Inc. ("Optum" or "Defendant") will, and hereby does, move the Court for an order to compel individual arbitration of the claims of Plaintiff Gil Hodges ("Plaintiff") and stay this action pending the completion of the individual arbitration proceeding. This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16, specifically 9 U.S.C. § 3, calling for a stay of proceedings when the issues therein are referable to arbitration, and 9 U.S.C. § 4, providing for the Court to issue an order directing the parties to arbitrate in accordance with the terms of their agreements. Plaintiff assented to Terms of Use ("Terms") that include a binding arbitration provision governing this dispute when creating an online account on January 5, 2021, and re-assented to the Terms on April 23, 2025.

This Motion is based on this Notice of Motion and Motion; Memorandum of Points and Authorities in support thereof; the Declaration of Heather Fisher, and all exhibits attached thereto; the Declaration of Vassi Iliadis; the Declaration of Rebecca Thompson; and all documents in the Court's file. On February 16, 2026, counsel for Defendant provided notice to counsel for Plaintiff regarding Defendant's intention to file this Motion. *See* Declaration of Vassi Iliadis ("Iliadis Decl.") ¶ 3. On February 17, 2026, counsel for Defendant met and conferred with counsel for Plaintiff regarding the basis for this Motion pursuant to L.R. 7-3 and this Court's Standing Order. *See* Iliadis Decl. ¶ 4.

///

///

///

Dated: February 23, 2026

**HOGAN LOVELLS US LLP**

By: /s/ *Vassi Iliadis*

Vassi Iliadis (SBN 296382)
James Ettinger (SBN 344292)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com

Adam Cooke (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
adam.a.cooke@hoganlovells.com

*Attorneys for Defendant Optum, Inc.*